C18602  DPW:rc
DiFRANCESCO, BATEMAN, COLEY,
YOSPIN, KUNZMAN, DAVIS & LEHRER, P.C.
David P. Wadyka (DW 0179)
15 Mountain Boulevard
Warren, New Jersey 07059
Attorney for Defendant Jonathan Lanza

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| v. | : | CRIMINAL ACTION |
| ANDREW MEROLA, et als, | : | Indictment No. 08-327 |
| Defendants. | : | **CONSENT ORDER** |

This matter having been opened to the Court upon the application of David P. Wadyka, Esq., counsel for defendant Jonathan Lanza, with the consent of Assistant United States Attorney, Ronald D. Wigler, and with the consent of PreTrial Services and for good cause shown,

IT IS, on this 22 day of October, 2008

ORDERED that defendant Jonathan Lanza be allowed to attend a social function in eastern Pennsylvania on October 24, 2008.

                                                        U.S. D.J.

The aforementioned Order is hereby consented to in both form and substance.

David P. Wadyka
For Defendant Jonathan Lanza

Date: October 21, 2008

_____
Ronald D. Wigler
Assistant United States Attorney

Date: October 21, 2008


_____
Adriana Garcia
U.S. Pretrial Services

Date: October 21, 2008

Date: October 21, 2008

---

Ronald L. Wigler
Assistant United States Attorney

Date: October 21, 2008

*[signature]*

---

Adriana Garcia       for Erika DiPalma, USPSO
U.S. Pretrial Services

Date: October 21, 2008