PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Jonathan Lanza**                    Docket No. 08cr00327-19

### Petition for Action on Conditions of Pretrial Release

  COMES NOW **Erika DiPalma** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jonathan Lanza**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz** sitting in the Court at Newark, New Jersey on May 21, 2008 under the following conditions:

  $50,000 Unsecured Appearance Bond along with the following conditions:

1. Pretrial Services supervision
2. Travel restricted to New Jersey unless approved by Pretrial Services
3. Surrender passport and make no application for any travel documents
4. Reside at a residence acceptable to Pretrial Services
5. Drug testing and treatment as deemed necessary by Pretrial Services
6. Refrain from the use of controlled substances
7. The defendant not to intimidate or injure any juror or judicial officer; not tamper with any witness, victim or informant; not retaliate against any witness, victim or informant in this case.
8. No contact with victims, potential witnesses or co-defendant named in Indictment unless cohabiting, a family member or in the presence of counsel
9. Comply with conditions of state Probation
10. To appear before Judge Wigenton on 6/2/08.

The defendant appeared before Your Honor on June 2, 2008 for an Arraignment and bail was continued as previously set by the Honorable Patty Shwartz.

  Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER: **Mental Health evaluation and treatment as deemed appropriate by Pretrial Services**

ORDER OF COURT

Considered and ordered this **3rd** day of **April**, **2009** and ordered filed and made a part of the records in the above case.

_____
Honorable Susan D. Wigenton
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 31, 2009

_____
Erika DiPalma
U.S. Pretrial Services