C18602 DPW:rc
DiFRANCESCO, BATEMAN, COLEY,
YOSPIN, KUNZMAN, DAVIS & LEHRER, P.C.
David P. Wadyka (DW 0179)
15 Mountain Boulevard
Warren, New Jersey 07059
Attorney for Defendant Jonathan Lanza

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| v. | : | CRIMINAL ACTION |
| ANDREW MEROLA, et als, | : | Indictment No. 08-327 |
| Defendants. | : | **CONSENT ORDER** |

This matter having been opened to the Court upon the application of David P. Wadyka, Esq., counsel for defendant Jonathan Lanza, with the consent of Assistant United States Attorney, Bohdan Vitvitsky, and with the consent of PreTrial Services and for good cause shown,

IT IS, on this _22_ day of March, 2010

ORDERED that defendant Jonathan Lanza be permitted to take a vacation trip to Puerto Rico from April 25, 2010 to May 1, 2010.

_____
U.S.D.J.

The aforementioned Order is hereby
consented to in both form and substance.

_____
David P. Wadyka
For Defendant Jonathan Lanza

Dated: March _26_, 2010

_____
Bohdan Vitvitsky
Assistant United States Attorney

Dated: March 23, 2010


_____
Erika DiPalma, USPSO
U.S. Pretrial Services

Dated: March ____, 2010

---
Bohdan Vitvitsky
Assistant United States Attorney

Dated: March \_\_\_\_\_, 2010

*[signature]*
Erika DiPalma, USPSO
U.S. Pretrial Services

Dated: March 24, 2010